# United States Court of Appeals
# for the Fifth Circuit

————————

No. 24-50967
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
June 11, 2025

Lyle W. Cayce
Clerk

Doloris Lynn Garcia,

*Plaintiff—Appellant*,

*versus*

David Gray; Holly Manahan; Leslie Dunn,

*Defendants—Appellees*.

————————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-1049

————————————————————————

Before Jolly, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Plaintiff-appellant, Dolores Lynn Garcia, proceeding *pro se* and *in forma pauperis*, filed a 42 U.S.C. § 1983 lawsuit against three of her former co-workers after she was terminated from her job as a school bus driver. Specifically, she asserted that her Fourth, Eighth, Ninth, and Fourteenth Amendment rights had been violated. After finding that Garcia failed to

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.bahu

No. 24-50967

plead adequately any constitutional violations, the district court *sua sponte* dismissed her complaint under 28 U.S.C. § 1915(e)(2)(B).[1]

Garcia now appeals the district court's dismissal, arguing that her constitutional rights were, in fact, violated; that her complaint was dismissed in violation of her Seventh Amendment right to a jury trial; and that the district court was biased. Finding no error in the district court's analysis and no merit in Garcia's arguments, we AFFIRM.

---

[1] This provision empowers a district court to *sua sponte* dismiss an IFP case if it is (1) "frivolous or malicious," (2) "fails to state a claim on which relief may be granted," or (3) "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B).